## UNITED STATES of America, Plaintiff–Appellee,

v.

## Latina Tomora DAFNEY, Defendant–Appellant.

No. 02–11039

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 31, 2003.

Michael Gill, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Peter Michael Fleury, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

Latina Tomora Dafney was found guilty of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On appeal, Dafney argues that the Government was required to prove that she knowingly violated 18 U.S.C. § 922(g), which in turn required that the Government prove that Dafney had knowledge that she was a felon. Dafney's argument is precluded by this court's ruling in *United States v. Dancy*, 861 F.2d 77, 81–82 (5th Cir.1988). *See also United States v.*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Privett,* 68 F.3d 101, 104 n. 1 (5th Cir. 1995).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.